Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16–24785–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ronald Conley Sr.
aka Ronald Conley
522 Fifth Ave
Lindenwold, NJ 08021

Jo Anne Conley
aka JoAnne Conley
522 Fifth Ave
Lindenwold, NJ 08021

Social Security No.:
xxx–xx–5271

xxx–xx–9418

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 7, 2016.

On 4/11/17 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:            May 17, 2017
Time:            10:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: April 12, 2017
JAN: bed

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                           Case No. 16-24785-JNP
Ronald Conley, Sr.                                               Chapter 13
Jo Anne Conley
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Apr 12, 2017
                              Form ID: 185             Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 14, 2017.
```
db/jdb         +Ronald Conley, Sr.,    Jo Anne Conley,    522 Fifth Ave,    Lindenwold, NJ 08021-3506
516319000      +Apex Asset Management,    Attn: Bankruptcy Dept.,    PO Box 5407,    Lancaster, PA 17606-5407
516504829       Apex Asset Management, LLC,    Virtua Health System - WJ,    PO Box 5407,
                 Lancaster, PA  17606-5407
516319003      +Borough of Lindenwold,    Tax Office,    2001 Egg Harbor Rd.,    Lindenwold, NJ 08021-1400
516319005     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank Usa N,     15000 Capital One Dr,
                 Richmond, VA 23238)
516400186      +Camden County MUA,    1645 Ferry Avenue,    Camden, NJ 08104-1311
516319006      +Capital One Bank USA NA,    Bankruptcy Dept.,    PO Box 30285,    Salt Lake City, UT 84130-0285
516459942       Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516319007      +Cnvrgt Hthcr,    121 Ne Jefferson S,    Peoria, IL 61602-1256
516319011      +Ditech Financial, LLC,    PO Box 44265,    Jacksonville, FL 32231-4265
516319012      +Equifax Information Services,    PO Box 740241,    Atlanta, GA 30374-0241
516319013      +Experian,    PO Box 4500,    Allen, TX 75013-1311
516319014      +Financial Recoveries,    200 East Park Driv,    Mount Laurel, NJ 08054-1297
516319015      +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
516319017      +Kennedy Health Systems EMS,    PO Box 13704,    30th St Station,    Philadelphia, PA 19101-3704
516319018      +Kennedy University Hospital,    500 Marlboro Ave,    Cherry Hill, NJ 08002-2054
516432099      +MIDLAND FUNDING LLC,    PO Box 2011,    Warren, MI 48090-2011
516319022      +Phoenix Financial Serv,    8902 Otis Ave Ste 103a,    Indianapolis, IN 46216-1009
516319023      +Phoenix Financial Services, LLC,    8902 Otis Ave Ste 103a,    Indianapolis, IN 46216-1009
516319024      +Phoenix Financial Services, LLC,    PO Box 361450,    Indianapolis, IN 46236-1450
516319025      +Regional Sewer Service Invoice,    PO Box 1105,    Bellmawr, NJ 08099-5105
516319026      +Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
516319027      +State of New Jersey Division of Taxation,    Bankruptcy Section,    PO Box 245,
                 Trenton, NJ 08695-0245
516319029       TransUnion,    PO Box 2000,    Chester, PA 19022-2000
516319031      +Virtua Health Marlton,    Mail Processing Center,    2 Brighton Rd,    Clifton, NJ 07012-1663
516319032      +Vital Recovery Services, LLC,    PO Box 923916,    Peachtree Corners, GA 30010-3748
516340055       Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,     PO Box 19657,    Irvine, CA 92623-9657
516319033      +Wfds/wds,    Po Box 1697,    Winterville, NC 28590-1697
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 12 2017 22:24:03      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 12 2017 22:24:00      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516506079       E-mail/Text: ally@ebn.phinsolutions.com Apr 12 2017 22:23:07      Ally Capital,    PO Box 130424,
                 Roseville MN 55113-0004
516318999      +E-mail/Text: ally@ebn.phinsolutions.com Apr 12 2017 22:23:07      Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
516319002      +E-mail/Text: bk@avant.com Apr 12 2017 22:24:41      Avant Inc,    640 N Lasalle St,
                 Chicago, IL 60654-3731
516319004       E-mail/PDF: ch.collections@verizon.net Apr 12 2017 22:28:19      C&H Collection Services,
                 PO Box 1399,    Merchantville, NJ 08109-0399
516319008      +E-mail/Text: creditonebknotifications@resurgent.com Apr 12 2017 22:23:16      Credit One Bank,
                 Po Box 98875,    Las Vegas, NV 89193-8875
516319009      +E-mail/Text: creditonebknotifications@resurgent.com Apr 12 2017 22:23:16      Credit One Bank Na,
                 Po Box 98875,    Las Vegas, NV 89193-8875
516526372       E-mail/Text: bankruptcy.bnc@ditech.com Apr 12 2017 22:23:45
                 Ditech Financial LLC fka Green Tree Servicing LLC,     P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
516319010      +E-mail/Text: bankruptcy.bnc@ditech.com Apr 12 2017 22:23:45      Ditech Financial, LLC,
                 PO Box 6172,    Rapid City, SD 57709-6172
516319016      +E-mail/Text: cio.bncmail@irs.gov Apr 12 2017 22:23:34      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
516514913       E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 12 2017 22:24:19      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
516319019      +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 12 2017 22:23:23      Kohl's Department Store,
                 N56 W17000 Ridgewood Drive,    Menomonee Falls, WI 53051-7096
516319020      +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 12 2017 22:23:23      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
516456662      +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 12 2017 22:28:00      LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587,    ( 29603-0587
516319021      +E-mail/Text: bk@lendingclub.com Apr 12 2017 22:24:31      Lending Club Corp,
                 71 Stevenson St Ste 300,    San Francisco, CA 94105-2985
516514761      +E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 12 2017 22:24:19      Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
516319028      +E-mail/PDF: gecsedi@recoverycorp.com Apr 12 2017 22:28:12      Syncb/walmart,
                 4125 Windward Plaza,    Alpharetta, GA 30005-8738
```

```
District/off: 0312-1         User: admin              Page 2 of 2             Date Rcvd: Apr 12, 2017
                             Form ID: 185             Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
516319030       +E-mail/Text: bankruptcydepartment@tsico.com Apr 12 2017 22:24:48      Transworld Systems Inc,
                 PO Box 15618,    Dept 940,    Wilmington, DE 19850-5618
                                                                                              TOTAL: 19

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516432100*     +MIDLAND FUNDING LLC,   PO Box 2011,   Warren, MI 48090-2011
516319001     ##+Ars,   1801 Nw 66th Ave,   Fort Lauderdal, FL 33313-4571
                                                                                         TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2017 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Thomas G. Egner    on behalf of Joint Debtor Jo Anne Conley tegner@mpadlaw.com,
               kgresh@mpadlaw.com;djamison@mpadlaw.com;jhughes@mpadlaw.com
              Thomas G. Egner    on behalf of Debtor Ronald  Conley, Sr. tegner@mpadlaw.com,
               kgresh@mpadlaw.com;djamison@mpadlaw.com;jhughes@mpadlaw.com
                                                                                              TOTAL: 5
```