UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Ditech Financial, LLC

**Order Filed on April 25, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:
    Ronald Conley, Sr. & Jo Anne Conley,

Debtors.

Case No.: 16-24785-JNP

Adv. No.:

Hearing Date: 3/21/2017 @ 10:00 a.m..

Judge: Jerrold N. Poslusny, Jr.

# ORDER REDUCING PROOF OF CLAIM & RESOLVING DEBTORS' MOTION TO EXPUNGE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: April 25, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtors:  Ronald Conley Sr. & Jo Anne Conley
Case No:  16-24785-JNP
Caption of Order:  ORDER REDUCING PROOF OF CLAIM AND RESOLVING DEBTORS' MOTION TO EXPUNGE
_____

This matter having been brought before the Court by Thomas Egner, Esq., attorney for Debtors Ronald Conley, Sr. and Jo Anne Conley, upon a motion to expunge proof of claim of Ditech Financial, f/k/a Green Tree Servicing,, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Denise Carlon, Esq., attorney for Ditech Financial, LLC, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that the post-petition payment made on August 19, 2016 shall be applied to the payment due August 1, 2016, thereby reducing the pre-petition arrearage; and

It is further **ORDERED, ADJUDGED and DECREED** that said application of payment will not be deemed a violation of the automatic stay; and

It is further **ORDERED, ADJUDGED and DECREED** that the escrow shortage reflected on claim # 11 is hereby reduced to $2,113.15; and

It is further **ORDERED, ADJUDGED and DECREED** that the pre-petition arrearage portion of claim # 11 is hereby reduced to **$2,113.15**; and

It is further **ORDERED, ADJUDGED and DECREED** that Debtors' motion to expunge the proof of claim is hereby resolved.