| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Ditech Financial, LLC | Order Filed on April 25, 2017 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>    Ronald Conley, Sr. & Jo Anne Conley,<br><br>Debtors. | Case No.: 16-24785-JNP<br><br>Adv. No.:<br><br>Hearing Date: 3/21/2017 @ 10:00 a.m..<br><br>Judge: Jerrold N. Poslusny, Jr. |

## ORDER REDUCING PROOF OF CLAIM & RESOLVING DEBTORS' MOTION TO EXPUNGE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: April 25, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtors: Ronald Conley Sr. & Jo Anne Conley
Case No: 16-24785-JNP
Caption of Order: ORDER REDUCING PROOF OF CLAIM AND RESOLVING DEBTORS' MOTION TO EXPUNGE
_____

This matter having been brought before the Court by Thomas Egner, Esq., attorney for Debtors Ronald Conley, Sr. and Jo Anne Conley, upon a motion to expunge proof of claim of Ditech Financial, f/k/a Green Tree Servicing,, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Denise Carlon, Esq., attorney for Ditech Financial, LLC, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that the post-petition payment made on August 19, 2016 shall be applied to the payment due August 1, 2016, thereby reducing the pre-petition arrearage; and

It is further **ORDERED, ADJUDGED and DECREED** that said application of payment will not be deemed a violation of the automatic stay; and

It is further **ORDERED, ADJUDGED and DECREED** that the escrow shortage reflected on claim # 11 is hereby reduced to $2,113.15; and

It is further **ORDERED, ADJUDGED and DECREED** that the pre-petition arrearage portion of claim # 11 is hereby reduced to **$2,113.15**; and

It is further **ORDERED, ADJUDGED and DECREED** that Debtors' motion to expunge the proof of claim is hereby resolved.

```
                        United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                          Case No. 16-24785-JNP
Ronald Conley, Sr.                                              Chapter 13
Jo Anne Conley
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin               Page 1 of 1           Date Rcvd: Apr 25, 2017
                               Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 27, 2017.
db/jdb         +Ronald Conley, Sr.,   Jo Anne Conley,   522 Fifth Ave,   Lindenwold, NJ 08021-3506

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 25, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Thomas G. Egner    on behalf of Joint Debtor Jo Anne Conley tegner@mpadlaw.com,
               kgresh@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com
              Thomas G. Egner    on behalf of Debtor Ronald  Conley, Sr. tegner@mpadlaw.com,
               kgresh@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com
                                                                                             TOTAL: 5