| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br>**Ronald Conley, Sr.**<br>**Jo Anne Conley** | Case No.    **16-24785**<br>Chapter:    **13**<br>Judge: |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I,    **Jo Anne Conley**    , debtor in this case certify as follows:

1.  All payments required to be made by me under my plan have been made and are paid in full.

2.  ☑  I am not required to pay domestic support obligations.

    ☐  I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date:    **October 25, 2021**            /s/ Jo Anne Conley
                                         **Jo Anne Conley**
                                         Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.**