Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−24785−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ronald Conley Sr.
aka Ronald Conley
522 Fifth Ave
Lindenwold, NJ 08021

Jo Anne Conley
aka JoAnne Conley
522 Fifth Ave
Lindenwold, NJ 08021

Social Security No.:
xxx−xx−5271

xxx−xx−9418

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 18, 2017.

On December 22, 2021, the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date: February 2, 2022
Time: 10:00 AM
Location: 4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: December 22, 2021
JAN: jpl

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 16-24785-JNP
Ronald Conley, Sr.                                                                  Chapter 13
Jo Anne Conley
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                       User: admin                              Page 1 of 3
Date Rcvd: Dec 22, 2021              Form ID: 185                            Total Noticed: 56

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ronald Conley, Sr., Jo Anne Conley, 522 Fifth Ave, Lindenwold, NJ 08021-3506 |
| aty | + | Bradley J Halberstadt, Stewart, Zlimen & Jungers, Ltd, 2860 Patton Road, Roseville, MN 55113-1100 |
| cr | + | Ajax Mortgage Loan Trust 2021-F, Mortgage-Backed S, PO Box 230579, Tigard, OR 97281-0579 |
| 519291801 | | Ajax Mortgage Loan Trust 2021-F, c/o Gregory Funding LLC, PO Box 742334, Los Angeles, CA 90074-2334 |
| 519291802 | + | Ajax Mortgage Loan Trust 2021-F, c/o Gregory Funding LLC, PO Box 742334, Los Angeles, CA 90074-2334, Ajax Mortgage Loan Trust 2021-F c/o Gregory Funding LLC 90074-2334 |
| 519258324 | + | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 516319000 | + | Apex Asset Management, Attn: Bankruptcy Dept., PO Box 5407, Lancaster, PA 17606-5407 |
| 516504829 | | Apex Asset Management, LLC, Virtua Health System - WJ, PO Box 5407, Lancaster, PA 17606-5407 |
| 516319001 | + | Ars, 1801 Nw 66th Ave, Fort Lauderdal, FL 33313-4571 |
| 516319003 | + | Borough of Lindenwold, Tax Office, 2001 Egg Harbor Rd., Lindenwold, NJ 08021-1400 |
| 516400186 | + | Camden County MUA, 1645 Ferry Avenue, Camden, NJ 08104-1311 |
| 516459942 | | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516319007 | + | Cnvrgt Hthcr, 121 Ne Jefferson S, Peoria, IL 61602-1256 |
| 516526372 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 516319011 | + | Ditech Financial, LLC, PO Box 44265, Jacksonville, FL 32231-4265 |
| 516319012 | + | Equifax Information Services, PO Box 740241, Atlanta, GA 30374-0241 |
| 516319013 | + | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 516319014 | + | Financial Recoveries, 200 East Park Driv, Mount Laurel, NJ 08054-1297 |
| 516319015 | + | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 516319017 | + | Kennedy Health Systems EMS, PO Box 13704, 30th St Station, Philadelphia, PA 19101-3704 |
| 516319018 | + | Kennedy University Hospital, 500 Marlboro Ave, Cherry Hill, NJ 08002-2054 |
| 518266476 | + | LoanCare, LLC, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 518266477 | + | LoanCare, LLC, P.O. Box 8068, Virginia Beach, VA 23450, LoanCare, LLC, P.O. Box 8068 Virginia Beach, VA 23450-8068 |
| 516319025 | + | Regional Sewer Service Invoice, PO Box 1105, Bellmawr, NJ 08099-5105 |
| 516319026 | + | Remex Inc, 307 Wall St, Princeton, NJ 08540-1515 |
| 516319029 | + | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 516319031 | + | Virtua Health Marlton, Mail Processing Center, 2 Brighton Rd, Clifton, NJ 07012-1663 |
| 516319032 | + | Vital Recovery Services, LLC, PO Box 923748, Peachtree Corners, GA 30010-3748 |
| 516340055 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, PO Box 19657, Irvine, CA 92623-9657 |
| 516319033 | + | Wfds/wds, Po Box 1697, Winterville, NC 28590-1697 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 22 2021 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 22 2021 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | | |

| District/off: 0312-1 | User: admin | | Page 2 of 3 |
|---|---|---|---|
| Date Rcvd: Dec 22, 2021 | Form ID: 185 | | Total Noticed: 56 |

| | | | |
|---|---|---|---|
| | | Dec 22 2021 20:34:00 | LOANCARE, LLC, RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 516506079 | Email/Text: ally@ebn.phinsolutions.com | Dec 22 2021 20:34:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 516318999 | + Email/Text: ally@ebn.phinsolutions.com | Dec 22 2021 20:34:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 516319002 | + Email/Text: bk@avant.com | Dec 22 2021 20:35:00 | Avant Inc, 640 N Lasalle St, Chicago, IL 60654-3781 |
| 516319004 | Email/Text: info@chcollects.com | Dec 22 2021 20:35:00 | C&H Collection Services, PO Box 1399, Merchantville, NJ 08109-0399 |
| 516319005 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 22 2021 20:46:58 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 516319006 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 22 2021 20:46:58 | Capital One Bank USA NA, Bankruptcy Dept., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 516319008 | + Email/PDF: creditonebknotifications@resurgent.com | Dec 22 2021 20:46:50 | Credit One Bank, Po Box 98875, Las Vegas, NV 89193-8875 |
| 516319009 | + Email/PDF: creditonebknotifications@resurgent.com | Dec 22 2021 20:46:50 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 516319015 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 22 2021 20:46:49 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 516319016 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 22 2021 20:34:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516514913 | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 22 2021 20:35:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 516319019 | + Email/Text: PBNCNotifications@peritusservices.com | Dec 22 2021 20:34:00 | Kohl's Department Store, N56 W17000 Ridgewood Drive, Menomonee Falls, WI 53051-7096 |
| 516319020 | + Email/Text: PBNCNotifications@peritusservices.com | Dec 22 2021 20:34:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 516456662 | + Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2021 20:46:50 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, ( 29603-0587 |
| 517223373 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2021 20:47:04 | LVNV Funding, LLC its successors and assigns as as, PO Box 10587, Greenville, SC 29603-0587 |
| 516319021 | + Email/Text: bk@lendingclub.com | Dec 22 2021 20:35:00 | Lending Club Corp, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |
| 516432099 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 22 2021 20:35:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516319022 | Email/Text: info@phoenixfinancialsvcs.com | Dec 22 2021 20:34:00 | Phoenix Financial Serv, 8902 Otis Ave Ste 103a, Indianapolis, IN 46216 |
| 516319023 | Email/Text: info@phoenixfinancialsvcs.com | Dec 22 2021 20:34:00 | Phoenix Financial Services, LLC, 8902 Otis Ave Ste 103a, Indianapolis, IN 46216 |
| 516319024 | Email/Text: info@phoenixfinancialsvcs.com | Dec 22 2021 20:34:00 | Phoenix Financial Services, LLC, PO Box 361450, Indianapolis, IN 46236 |
| 516514761 | + Email/Text: JCAP_BNC_Notices@jcap.com | Dec 22 2021 20:35:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 516319027 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 22 2021 20:34:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 516319028 | + Email/PDF: gecsedi@recoverycorp.com | Dec 22 2021 20:46:58 | Syncb/walmart, 4125 Windward Plaza, Alpharetta, |

Case 16-24785-JNP    Doc 64    Filed 12/24/21    Entered 12/25/21 00:17:05    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 22, 2021 | Form ID: 185 | Total Noticed: 56 |

| 516319030 | + Email/Text: bankruptcydepartment@tsico.com | | GA 30005-8738 |
|---|---|---|---|
| | | Dec 22 2021 20:35:00 | Transworld Systems Inc, PO Box 15618, Dept 940, Wilmington, DE 19850-5618 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517029684 | * | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 516432100 | *+ | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516319010 | ##+ | Ditech Financial, LLC, PO Box 6172, Rapid City, SD 57709-6172 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor LOANCARE  LLC hkaplan@rasnj.com, informationathnk@aol.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Robert P. Saltzman | on behalf of Creditor Ajax Mortgage Loan Trust 2021-F  Mortgage-Backed Securities, Series 2021-F, by U.S. Bank National Association, as Indenture Trustee c/o Gregory Funding LLC dnj@pbslaw.org |
| Thomas G. Egner | on behalf of Joint Debtor Jo Anne Conley tegner@mcdowelllegal.com, tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| Thomas G. Egner | on behalf of Debtor Ronald Conley  Sr. tegner@mcdowelllegal.com, tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com |

TOTAL: 7