## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
### CAMDEN

Thomas G. Egner, Esq.
McDowell Law, PC
46 W. Main Street
Maple Shade, NJ 08052
Telephone: (856) 482-5544
Telecopier: (856) 482-5511

------------------------------------------------------------X

| In re: | : | Chapter 13 |
|---|---|---|
| | : | |
| **Ronald Conley and Joanne Conley,** | : | Case No. 16-24785 |
| | : | |
| **Debtors** | : | |

------------------------------------------------------------X

## WITHDRAWAL OF DOCUMENT NO. 62 CHAPTER 13 PLAN AND MOTIONS FILED ON 12/22/2021

I, **Thomas G. Egner, Esq.,** counsel to Debtor(s), **Ronald Conley and Joanne Conley,** hereby withdraw document no. **62**, Chapter 13 Plan And Motions filed **12/22/2021** in the above referenced matter.

McDowell Law, PC

Dated: January 7, 2022

*By:/s/***Thomas G. Egner**
**Thomas G. Egner,** Esq.
Attorney for the Debtor(s).