| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Ronald Conley Sr.<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–5271<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Jo Anne Conley<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–9418<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:   16–24785–JNP | | |

# Order of Discharge     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ronald Conley Sr.                            Jo Anne Conley
aka Ronald Conley                           aka JoAnne Conley

2/4/22                                              **By the court:** Jerrold N. Poslusny Jr.
                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 16-24785-JNP

Ronald Conley, Sr.     Chapter 13

Jo Anne Conley

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 04, 2022 | Form ID: 3180W | Total Noticed: 56 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ronald Conley, Sr., Jo Anne Conley, 522 Fifth Ave, Lindenwold, NJ 08021-3506 |
| aty | + | Bradley J Halberstadt, Stewart, Zlimen & Jungers, Ltd, 2860 Patton Road, Roseville, MN 55113-1100 |
| cr | + | Ajax Mortgage Loan Trust 2021-F, Mortgage-Backed S, PO Box 230579, Tigard, OR 97281-0579 |
| 519291801 | | Ajax Mortgage Loan Trust 2021-F, c/o Gregory Funding LLC, PO Box 742334, Los Angeles, CA 90074-2334 |
| 519291802 | + | Ajax Mortgage Loan Trust 2021-F, c/o Gregory Funding LLC, PO Box 742334, Los Angeles, CA 90074-2334, Ajax Mortgage Loan Trust 2021-F c/o Gregory Funding LLC 90074-2334 |
| 519258324 | + | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 516319000 | + | Apex Asset Management, Attn: Bankruptcy Dept., PO Box 5407, Lancaster, PA 17606-5407 |
| 516504829 | | Apex Asset Management, LLC, Virtua Health System - WJ, PO Box 5407, Lancaster, PA 17606-5407 |
| 516319001 | + | Ars, 1801 Nw 66th Ave, Fort Lauderdal, FL 33313-4571 |
| 516319003 | + | Borough of Lindenwold, Tax Office, 2001 Egg Harbor Rd., Lindenwold, NJ 08021-1400 |
| 516400186 | + | Camden County MUA, 1645 Ferry Avenue, Camden, NJ 08104-1311 |
| 516319007 | + | Cnvrgt Hthcr, 121 Ne Jefferson S, Peoria, IL 61602-1256 |
| 516526372 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 516319011 | + | Ditech Financial, LLC, PO Box 44265, Jacksonville, FL 32231-4265 |
| 516319012 | + | Equifax Information Services, PO Box 740241, Atlanta, GA 30374-0241 |
| 516319013 | + | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 516319014 | + | Financial Recoveries, 200 East Park Driv, Mount Laurel, NJ 08054-1297 |
| 516319017 | + | Kennedy Health Systems EMS, PO Box 13704, 30th St Station, Philadelphia, PA 19101-3704 |
| 516319018 | + | Kennedy University Hospital, 500 Marlboro Ave, Cherry Hill, NJ 08002-2054 |
| 518266476 | + | LoanCare, LLC, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 518266477 | + | LoanCare, LLC, P.O. Box 8068, Virginia Beach, VA 23450, LoanCare, LLC, P.O. Box 8068 Virginia Beach, VA 23450-8068 |
| 516319025 | + | Regional Sewer Service Invoice, PO Box 1105, Bellmawr, NJ 08099-5105 |
| 516319026 | + | Remex Inc, 307 Wall St, Princeton, NJ 08540-1515 |
| 516319029 | + | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 516319031 | + | Virtua Health Marlton, Mail Processing Center, 2 Brighton Rd, Clifton, NJ 07012-1663 |
| 516319032 | + | Vital Recovery Services, LLC, PO Box 923748, Peachtree Corners, GA 30010-3748 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: bk@szjlaw.com | Feb 04 2022 20:23:00 | Bradley J Halberstadt, Stewart, Zlimen & Jungers, Ltd, 2860 Patton Road, Roseville, MN 55113-1100 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 04 2022 20:23:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 04 2022 20:23:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Feb 04 2022 20:22:00 | LOANCARE, LLC, RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA |

Case 16-24785-JNP    Doc 72    Filed 02/06/22    Entered 02/07/22 00:15:21    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 04, 2022 | Form ID: 3180W | Total Noticed: 56 |

| | | | | |
|---|---|---|---|---|
| 516506079 | | EDI: GMACFS.COM | Feb 05 2022 01:23:00 | 30097-8461<br>Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 516318999 | + | EDI: GMACFS.COM | Feb 05 2022 01:23:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 516319002 | + | Email/Text: bk@avant.com | Feb 04 2022 20:23:00 | Avant Inc, 640 N Lasalle St, Chicago, IL 60654-3781 |
| 516319004 | | Email/Text: info@chcollects.com | Feb 04 2022 20:23:00 | C&H Collection Services, PO Box 1399, Merchantville, NJ 08109-0399 |
| 516319005 | | EDI: CAPITALONE.COM | Feb 05 2022 01:23:00 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 516319006 | + | EDI: CAPITALONE.COM | Feb 05 2022 01:23:00 | Capital One Bank USA NA, Bankruptcy Dept., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 516459942 | | Email/PDF: bncnotices@becket-lee.com | Feb 04 2022 20:34:49 | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516319008 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 04 2022 20:34:32 | Credit One Bank, Po Box 98875, Las Vegas, NV 89193-8875 |
| 516319009 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 04 2022 20:34:33 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 516319015 | + | EDI: AMINFOFP.COM | Feb 05 2022 01:23:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 516319016 | + | EDI: IRS.COM | Feb 05 2022 01:23:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516514913 | | EDI: JEFFERSONCAP.COM | Feb 05 2022 01:23:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 516319019 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 04 2022 20:22:00 | Kohl's Department Store, N56 W17000 Ridgewood Drive, Menomonee Falls, WI 53051-7096 |
| 516319020 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 04 2022 20:22:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 516456662 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 04 2022 20:34:39 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, ( 29603-0587 |
| 517223373 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 04 2022 20:34:50 | LVNV Funding, LLC its successors and assigns as as, PO Box 10587, Greenville, SC 29603-0587 |
| 516319021 | + | Email/Text: bk@lendingclub.com | Feb 04 2022 20:23:00 | Lending Club Corp, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |
| 516432099 | + | EDI: MID8.COM | Feb 05 2022 01:23:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516319022 | | Email/Text: info@phoenixfinancialsvcs.com | Feb 04 2022 20:22:00 | Phoenix Financial Serv, 8902 Otis Ave Ste 103a, Indianapolis, IN 46216 |
| 516319023 | | Email/Text: info@phoenixfinancialsvcs.com | Feb 04 2022 20:22:00 | Phoenix Financial Services, LLC, 8902 Otis Ave Ste 103a, Indianapolis, IN 46216 |
| 516319024 | | Email/Text: info@phoenixfinancialsvcs.com | Feb 04 2022 20:22:00 | Phoenix Financial Services, LLC, PO Box 361450, Indianapolis, IN 46236 |
| 516514761 | + | EDI: JEFFERSONCAP.COM | Feb 05 2022 01:23:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 516319027 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Feb 04 2022 20:22:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 04, 2022 | Form ID: 3180W | Total Noticed: 56 |

| 516319028 | + EDI: RMSC.COM | | | |
|---|---|---|---|---|
| | | Feb 05 2022 01:23:00 | Syncb/walmart, 4125 Windward Plaza, Alpharetta, GA 30005-8738 | |
| 516319030 | + Email/Text: bankruptcydepartment@tsico.com | | | |
| | | Feb 04 2022 20:23:00 | Transworld Systems Inc, PO Box 15618, Dept 940, Wilmington, DE 19850-5618 | |
| 516340055 | EDI: WFFC.COM | | | |
| | | Feb 05 2022 01:23:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, PO Box 19657, Irvine, CA 92623-9657 | |
| 516319033 | + EDI: WFFC.COM | | | |
| | | Feb 05 2022 01:23:00 | Wfds/wds, Po Box 1697, Winterville, NC 28590-1697 | |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517029684 | * | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 516432100 | *+ | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516319010 | ##+ | Ditech Financial, LLC, PO Box 6172, Rapid City, SD 57709-6172 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2022        Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor LOANCARE LLC hkaplan@rasnj.com, informationathnk@aol.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Robert P. Saltzman | on behalf of Creditor Ajax Mortgage Loan Trust 2021-F Mortgage-Backed Securities, Series 2021-F, by U.S. Bank National Association, as Indenture Trustee c/o Gregory Funding LLC dnj@pbslaw.org |
| Thomas G. Egner | on behalf of Joint Debtor Jo Anne Conley tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| Thomas G. Egner | on behalf of Debtor Ronald Conley Sr. tegner@mcdowelllegal.com, |

District/off: 0312-1 | User: admin | Page 4 of 4
Date Rcvd: Feb 04, 2022 | Form ID: 3180W | Total Noticed: 56

tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com

TOTAL: 7